**YOUNG v. YOUNG**

[360 N.C. 58 (2005)]

NONA DAVIS YOUNG (LINDQUIST), Plaintiff v. STEVEN PAUL YOUNG, Defendant, and ALVIN YOUNG and SHARON YOUNG, Defendant-Intervenors

No. 213A05

(Filed 4 November 2005)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 169 N.C. App. 31, 609 S.E.2d 795 (2005), affirming in part and vacating in part an order signed on 8 October 2003 by Judge Dougald N. Clark, Jr. in District Court, Cumberland County. Heard in the Supreme Court 17 October 2005.

*Law Offices of Dale S. Morrison, by Dale S. Morrison, for plaintiff-appellee.*

*Mitchell, Brewer, Richardson, Adams, Burge & Boughman, by Ronnie M. Mitchell, for defendant-appellant.*

PER CURIAM.

The decision of the Court of Appeals is vacated, and the appeal is dismissed as moot.

DISMISSED.

Justices MARTIN and BRADY did not participate in the consideration or decision of this case.